In the ESTATE OF Elsie SELPH, Incapacitated/Disabled.

No. ED 76277.

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 6, 2000.

James M. McClellan, Sikeston, for appellant.

Benjamin Lewis, Cape Girardeau, for respondent.

Before PAUL J. SIMON, P.J.,
WILLIAM H. CRANDALL and
LAWRENCE E. MOONEY, JJ.

*ORDER*

PER CURIAM.

Jon Selph appeals the trial court's denial of his motion to set aside a probate court judgment and order to sell property for irregularities under Section 511.250 RSMo. (1994). We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b)(1) and order the trial court's purported "Amended Judgment and Order to Sell Property" of April 6, 1999 stricken from the record.

Paul RUESSLER, Claimant/Appellant,

v.

The ESTATE OF John F. ADELMAN, Respondent.

No. ED 76631.

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 6, 2000.

Thomas L. Hoeh, Perryville, for appellant.

William A. Schmitt, Ann C. Barron, Belleville, IL, for respondent.

Before PAUL J. SIMON, P.J.,
WILLIAM H. CRANDALL, Jr., J. and
LAWRENCE E. MOONEY, J.

ORDER

PER CURIAM.

Claimant, Paul Ruessler, appeals from the denial of his claim against the Estate of John F. Adelman.

We have reviewed the record on appeal and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

The judgment is affirmed. Rule 84.16(b).